**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **SONET TRANSPORTATION AND LOGISTICS, INC.,** | ) <br> ) **CASE NO. 1:19-cv-00208** <br> ) <br> ) **Transferred from** <br> ) **United States District Court, Southern** <br> ) **District of California (18cv2203)** <br> ) <br> ) **JUDGE** <br> ) <br> ) **MAGISTRATE JUDGE** <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| **BUSH TRUCK LEASING, INC.,; and VEHICLE TITLING TRUST,** | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice that Jeffrey A. Yeager, and Christopher P. Gordon, of Hahn Loeser & Parks LLP, 65 East State Street, Suite 1400, Columbus, Ohio 43215, hereby enter their appearance as counsel for Plaintiff Sonet Transportation and Logistics, Inc. It is requested that their appearance be noted on the Court's docket and all further correspondence, notices, orders or other items to reflect their appearance.

Respectfully submitted,

*/s/ Jeffrey A. Yeager*
Jeffrey A. Yeager (0068062)
Christopher P. Gordon (0092171)
**HAHN LOESER & PARKS LLP**
65 E. State St., Ste. 1400
Columbus, Ohio  43215
Telephone:  (614) 233-5168
Facsimile:   (614) 221-5909
Email:  jyeager@hahnlaw.com
           cgordon@hahnlaw.com

*Trial Counsel for Plaintiff
Sonet Transportation and Logistics, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Appearance was served via this Court's CM/ECF service on this 18th day of March, 2019, upon all registered participants.

*/s/ Jeffrey A. Yeager*
Jeffrey A. Yeager